IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHONG LAM, et al.<br><br>                    Defendants. | Action No. 3:07–CR–374 |

**Agreed-To Motion to Enter Proposed Scheduling Order
<u>and Memorandum in Support</u>**

COMES NOW the United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Brian R. Hood and Jessica A. Brumberg, Assistant United States Attorneys, and John H. Zacharia, Trial Attorney for the U.S. Department of Justice's Computer Crime and Intellectual Property Section, and respectfully asks this Court to enter the parties' proposed scheduling order for pretrial matters, which is attached hereto as an exhibit.  Counsel for Defendants Chong Lam, Siu Yung Chan, and Eric Yuen have advised the United States that they agree to the order as written.

WHEREFORE, the United States respectfully requests that the Court enter the proposed scheduling order.

       Respectfully submitted,

       NEIL H. MACBRIDE
       UNITED STATES ATTORNEY


By:       _____/s/_____
       Brian R. Hood
       Jessica A. Brumberg
       Assistant United States Attorneys
       Office of the United States Attorney
       Eastern District of Virginia
       600 East Main Street, Suite 1800
       Richmond, Virginia  23219

       John H. Zacharia
       Trial Attorney
       U.S. Department of Justice
       Computer Crime and Intellectual Property Section
       1301 New York Ave., NW, Suite 600
       Washington, D.C.  20005

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of this pleading was served via the Electronic Case File (ECF) system on this date, April 22, 2010, to counsel for defendants:

### **Counsel for Chong Lam**

Michael G. Dowd, Esquire
112 Madison Ave.
Third Floor
New York, NY 10016
mdnita@aol.com

Terrence Randall, Esquire
Law Office of Michael Dowd
112 Madison Ave.
Third Floor
New York, NY 10016
tr732@aol.com

### **Counsel for Sui Yung Chan**

John Zwerling, Esquire
Law Offices of John Kenneth Zwerling, P.C.
108 North Alfred Street
Alexandria, VA 22314
JZ@Zwerling.com

Andrea Moseley
Law Offices of John Kenneth Zwerling, P.C.
108 North Alfred Street
Alexandria, VA 22314
Andrea@Zwerling.com

### **Counsel for Eric Yuen**

Robert J. Wagner, Esquire
Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, Virginia 23219
robert_wagner@fd.org

Paul G. Gill
Assistant Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond, VA 23219-1884
paul_gill@fd.org

        /s/
Jessica A. Brumberg
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
600 East Main Street, Suite 1800
Richmond, Virginia  23219
(804) 819-5400
jessica.a.brumberg@usdoj.gov