IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number 3:07-CR-374 |
| v. | ) |
| CHONG LAM,<br>SIU YUNG CHAN, a.k.a. JOYCE CHAN,<br>ERIC YUEN, | ) |
| *Defendants.* | ) |

## SPECIAL VERDICT FORM

### COUNT ONE
(Conspiracy)

We, the jury, unanimously find the defendant, CHONG LAM,

__Guilty__ as charged in Count One of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT ONE
(Conspiracy)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

__Guilty__ as charged in Count One of the Superseding Indictment.
(Guilty or Not Guilty)

### COUNT ONE
(Conspiracy)

We, the jury, unanimously find the defendant, ERIC YUEN,

__Not Guilty__ as charged in Count One of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT TWO
### (Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, CHONG LAM,

__Guilty__ as charged in Count Two of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT TWO
### (Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

__Guilty__ as charged in Count Two of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT TWO
### (Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, ERIC YUEN

__Not Guilty__ as charged in Count Two of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
### (Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, CHONG LAM,

__Not Guilty__ as charged in Count Four of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
### (Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

__Not Guilty__ as charged in Count Four of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
(Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, ERIC YUEN

___Not Guilty___ as charged in Count Four of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FIVE
(Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, CHONG LAM,

___Guilty___ as charged in Count Five of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FIVE
(Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

___Guilty___ as charged in Count Five of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT FIVE
(Trafficking in Counterfeit Goods)

We, the jury, unanimously find the defendant, ERIC YUEN

___Not Guilty___ as charged in Count Five of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT SIX
(Smuggling Goods into the United States)

We, the jury, unanimously find the defendant, CHONG LAM,

___Guilty___ as charged in Count Six of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT SIX
### (Smuggling Goods into the United States)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

___Guilty___ as charged in Count Six of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT SEVEN
### (Smuggling Goods into the United States)

We, the jury, unanimously find the defendant, CHONG LAM,

___Guilty___ as charged in Count Seven of the Superseding Indictment.
(Guilty or Not Guilty)

## COUNT SEVEN
### (Smuggling Goods into the United States)

We, the jury, unanimously find the defendant, SIU YUNG CHAN, a.k.a. JOYCE CHAN,

___Guilty___ as charged in Count Seven of the Superseding Indictment.
(Guilty or Not Guilty)

So, Say We All, this _10_ day of June, 2010.